# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

—oOo—



FILED

MAY 2 5 2006


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
BRIAN TYRONE PLEASANT

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

2:06-MJ-0148  GGH

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 11, 2005 through May 1, 2006** in **Solano** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **Execute and attempt to execute a scheme and artifice to defraud a financial institution, a felony; and**

**Knowingly possess a false identification with the intent such document would be used to defraud the United States, a Class A Misdemeanor;**

in violation of Title **18**, United States Code, Section(s) **1344 and 1028(a)(4)**. I further state that I am a(n) Special Agent of the United States Air Force Office of Special Investigation and that this complaint is based on the following facts:

▸ **See Attached Affidavit**

_ Continued on the attached sheet and made a part hereof.

Signature of Complainant MARIO L. PRICE, Special Atent
United States Air Force Office of Special Investigation

Sworn to before me, and subscribed in my presence
May 25, 2006                                            at   Sacramento, California
Date                                                          City and State
Gregory G. Hollows
United States Magistrate Judge                               **GREGORY G. HOLLOWS**
Name and Title of Judicial Officer                            Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Mario L. Price, depose and state that:

1. I am a Special Agent with the Air Force Office of Special Investigations (AFOSI). I am currently assigned to AFOSI Detachment (Det) 303, Travis Air Force Base (TAFB), CA. Since March 2006, I have been assigned as a Criminal Investigator working in the AFOSI Det 303 Base Investigations Branch.

2. I authored AFOSI Report of Investigation number 303-C-121-A2-31377061092246. I have not included every fact known to me about this case but have limited this Affidavit to those facts relevant to the issuance of a Complaint and Arrest Warrant.

3. On 17 Apr 06, MARK HARRISON, Army Air Force Exchange Service (AAFES) Loss Prevention (LP) Chief, TAFB, informed AFOSI Det 303, TAFB, that someone identifying himself as BRIAN TYRONE PLEASANT, the subject of this investigation, cashed 58 personal checks from a closed Montgomery County Teachers Federal Credit Union (Rockville, MD) account assigned to PLEASANT. Additional investigation by AAFES LP analysts revealed someone identifying himself as PLEASANT cashed 16 additional personal checks from a closed Sun Trust Bank account assigned to PLEASANT. PLEASANT's

1

name, address and phone number appear on all questioned checks cashed by PLEASANT. The addresses listed on all checks match residences listed by PLEASANT on various paperwork in his Naval records. According to PLEASANT's cellular provider, the billing address and social security number associated with the phone number provided by PLEASANT on his personal checks match those of PLEASANT. All transactions took place at the TAFB Base Exchange (BX) between 11 Apr 05 and 1 May 06. AAFES has lost $19,475 in cash as a result of these transactions.*

    4.  On 24 April 06 I contacted the phone number listed on all of the returned personal checks cashed by PLEASANT at TAFB. I asked the male who answered the phone if he was PLEASANT and he responded yes. PLEASANT declined to meet me to answer questions concerning fraudulent check cashing activity associated with his name, address and phone number.

    5.  On 1 May 06 someone identifying himself as PLEASANT cashed a personal check at the TAFB BX branch of Armed Forces Bank in the amount of $300 on a closed Sun Trust Bank account assigned to PLEASANT. This is the last time PLEASANT was known to be in the State of California, 7 days after I notified him he was under federal criminal investigation.

2

*MLD Any check cashing requires the furnishing of a picture ID which is checked by the bank cashier. I have reviewed video of persons cashing checks at the BX and the video shows a person matching the ID of PLEASANT (6'5", 150 lbs) on the pertinent dates. MLD

6. On 23 May 06 I received a call from HARRISON who informed me PLEASANT was being employed by AAFES at Fort Gillem, GA. HARRISON informed me that 23 May 06 was PLEASANT's first day of employment with AAFES at Fort Gillem. PLEASANT was hired by an employment placement agency (NFI) to work at AAFES in a warehouse. DONALD BEAUMAN, Special Agent in Charge, Fort McPherson Criminal Investigation Division Resident Agency, Fort McPherson, Georgia, confirmed PLEASANT was employed by AAFES at Fort McPherson and present at his place of employment as of 1000 PST on 23 May 06. A photograph acquired during review of PLEASANT's United States Naval records supports the conclusion that PLEASANT is the same person currently employed by AAFES at Fort Gillem as indicated by the photograph taken on 23 May 06 by AAFES personnel at Fort Gillem. The social security number provided by PLEASANT to AAFES personnel at Fort Gillem on 23 May 06 also matches the social security number of PLEASANT.

7. On 19 April 06 I reviewed PLEASANT's National Crime Information Center (NCIC) information, whichrevealed the following: PLEASANT was arrested by the Muscogee County (Georgia) Sheriff's office for deposit account fraud / bad checks on 13 June 02. Further investigation revealed on 6 Feb 02 PLEASANT plead "nolo" to commission of a felony

3

violation of Georgia statute 16-9-20.C (deposit account fraud/bad checks). PLEASANT paid a $50 fine and the case was dismissed. On 3 May 02 PLEASANT plead "not guilty" to commission of a felony violation of Georgia statute 16-9-20.C (deposit account fraud/bad checks). PLEASANT signed a forgery affidavit and the case was dismissed. On 14 Jun 02 PLEASANT plead "not guilty" to commission of a felony violation of Georgia statute 16-9-20.C (deposit account fraud/bad checks). The case was dismissed.

8. I conducted a check of PLEASANT's United States Naval records. The name, date of birth, social security number and residence history of the individual whose record I reviewed matches those of PLEASANT. PLEASANT enlisted in the United States Navy in November 2002 through the Atlanta Military Entrance Processing Station at Fort Gillem, Georgia. In August 2003 and again in June 2004, PLEASANT was awarded non-judicial punishment for Unauthorized Absence, felony violations of the Uniform Code of Military Justice. PLEASANT was given a general discharge from the United States Navy in June of 2004 for "Misconduct – Commission of a Serious Offense" at the rank of Seaman Apprentice (E-2, a junior enlisted rank).

4

9. On 22 May 06 I conducted a review of the lodging records of the Westwind Inn, TAFB. Westwind Inn policy requires all personnel checking in to the facility to furnish an unexpired military identification card. Someone identifying himself as Lieutenant Junior Grade (O-2, a junior officer rank) PLEASANT stayed at the Westwind Inn from 10-12 October 2005. Someone identifying himself as Lieutenant Junior Grade PLEASANT made reservations on 29 April 06 to stay at the Westwind Inn from 1-3 May 06. PLEASANT did not keep the scheduled reservation. There is no indication in PLEASANT's Naval records that he was ever commissioned as an officer in the United States Navy.

10. Over the past four years PLEASANT has illustrated a propensity to commit violations of federal criminal law. PLEASANT has made an attempt to evade federal criminal investigators by relocating from California to Georgia. PLEASANT's fraudulent possession of an unexpired military identification (ID) allows him unrestricted access to any United States military facility worldwide. There are national security implications surrounding PLEASANT's possession of an unexpired military ID card, especially considering the fact it bears the rank of a United States military officer.

5

11. Based upon my training and experience and the above-mentioned facts, I believe there exists probable cause to believe that PLEASANT is in violation of 18 U.S.C. § 1344, bank fraud, a felony; and 18 U.S.C. § 1028(a)(4), knowingly possessing a false identification document with the intent to use it to defraud the United States, a Class A Misdemeanor.

MARIO L. PRICE
Special Agent, AFOSI

Subscribed and sworn before me this 25th day of May, 2006

**GREGORY G. HOLLOWS**
Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Approved as to form

Samantha S. Spangler
Assistant U.S. Attorney