1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. MAG. 06-0148 GGH
                                )
11             Plaintiff,       )    STIPULATION AND ORDER
                                )    CONTINUING PRELIMINARY HEARING
12      v.                      )
                                )
13 BRIAN TYRONE PLEASANT,       )    DATE:  August 28, 2006
                                )    TIME:  2:00 p.m.
14             Defendant.       )    COURT: Duty Magistrate Judge
   _____)
15

16                            Stipulation

17      The parties, through undersigned counsel, stipulate that the

18 preliminary hearing currently scheduled for Monday, July 10, 2006,

19 should be continued to Monday, August 28, 2006, at 2:00 p.m.

20      The parties are in the process of negotiating a pre-indictment

21 plea agreement.  Additionally, the United States anticipates

22 providing discovery to defense counsel within the next few days,

23 which will facilitate the negotiations.

24 ///

25 ///

26 ///

27 ///

28 ///

                                1

The defendant is out of custody on bail.  The defendant personally consents to the continuance and agrees that good cause has been shown.

DATED: July 6, 2006                    McGREGOR W. SCOTT
                                       United States Attorney


                                 by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney


DATED: July 6, 2006                    DANIEL BRODERICK
                                       Federal Defender


                                 by    /s/ Ned Smock
                                       Ned Smock
                                       Assistant Federal Defender


DATED: July 6, 2006                     /s/ Brian Tyrone Pleasant
                                       Brian Tyrone Pleasant, Defendant


                                Order

    Good cause appearing, the same is hereby ordered.

    IT IS SO ORDERED.

DATED: July 10, 2006.

                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE




Ddad1/orders.criminal/pleasant0148.stipord

2