1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. MAG. 06-0148 GGH
                                )
11           Plaintiff,          )    STIPULATION AND [PROPOSED]
                                )    ORDER CONTINUING PRELIMINARY
12     v.                       )    HEARING
                                )
13 BRIAN TYRONE PLEASANT,       )
                                )    DATE:  February 2, 2007
14           Defendant.          )    TIME:  2:00 p.m.
   _____)    COURT: Duty Magistrate Judge
15

16      The parties, through undersigned counsel, stipulate that the
17 preliminary hearing currently scheduled for Friday, December 22,
18 2006, should be continued to Friday, February 2, 2007, at 2:00 p.m.
19      The parties have negotiated a pre-indictment plea agreement;
20 the government has filed a felony Information, Case No. 2:06-cr-440
21 DFL; and the parties and Judge Levi's staff have agreed to schedule
22 the entry of guilty plea.  The guilty plea was originally scheduled
23 for Thursday, December 14.  The defendant lives in Alabama, so he
24 has to make special travel arrangements to come to court.  His wife
25 is suffering from leukemia and is currently in the hospital.  For
26 that reason, the parties and Judge Levi's staff have agreed to move
27 the change of plea hearing to January 25, 2007.  If the defendant
28 waives indictment and pleads guilty to the Information on that date

1

1 as the parties anticipate, the preliminary hearing date will be
2 vacated.
3     The defendant is out of custody on bail.  The defendant
4 personally consents to the continuance and agrees that good cause
5 has been shown.
6
7 DATED:  December 8, 2006            McGREGOR W. SCOTT
                                     United States Attorney
8
9                              by    /s/ Samantha S. Spangler
                                     Samantha S. Spangler
10                                    Assistant U.S. Attorney
11 DATED:  December 8, 2006            DANIEL J. BRODERICK
                                     Federal Defender
12
13                             by    /s/ Ned Smock
                                     Ned Smock
14                                    Assistant Federal Defender
15
16 DATED:  December 8, 2006             /s/ Brian Tyrone Pleasant
                                     Brian Tyrone Pleasant, Defendant
17                                    Defense counsel maintains the
                                     defendant's original signature on
18                                    file
19                              Order
20     Good cause appearing, the same is hereby ordered.
21     IT IS SO ORDERED.
22 DATED:  December ____, 2006.       _____
                                     United States Magistrate Judge
23
24
25
26
27
28

2